*uel O. Clark, Jr., Messrs. Sewall Key, Carlton Fox,* and *Valentine Brookes,* and *Miss Helen R. Carloss* for the United States.

No. 696. Doss *v.* Illinois. March 27, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. A. M. Fitzgerald* for petitioner.

No. 697. Roth, Trustee, *v.* Carlson, Administrator. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. W. T. Faricy* and *Nelson J. Wilcox* for petitioner. *Mr. Roy F. Hall* for respondent.

No. 700. Baker *v.* Hunter, Warden. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. A. G. Bush* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for respondent.

No. 705. Piedmont Fire Insurance Co. *v.* Aaron et al. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Alexander H. Sands* for petitioner. *Messrs. Allan D. Jones* and *Tazewell Taylor* for respondents.

No. 707. Gaines, Guardian, *v.* Sun Life Assurance Co. March 27, 1944. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Lucas S. Miel*

for petitioner. *Messrs. Henry C. Walters* and *Cashan P. Head* for respondent.

No. 718. NATIONAL SURETY CORP. *v.* PROVIDENT TRUST Co. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. George E. Beechwood* for petitioner. *Mr. Harvey A. Miller* for respondent.

No. 720. HARTMAN *v.* ROSS. March 27, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Frank J. Hogan, Edmund L. Jones,* and *Howard Boyd* for petitioner. *Mr. Charles H. Houston* for respondent.

No. 738. ISELIN ET AL. *v.* LACOSTE. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. L. Bryan Dabney* for petitioners.

No. 624. CAPE ANN GRANITE Co., INC. *v.* UNITED STATES. March 27, 1944. Petition for writ of certiorari to the Court of Claims denied. *Mr. Horace M. Gray* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for the United States.

No. 671. McMULLEN *v.* UNITED STATES. March 27, 1944. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Leo R. Friedman, William E. Leahy,* and